FILED
MAR 08 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHAL ABDURAHMAN, individually and on behalf of others similarly situated, Plaintiff, v. ALLTRAN FINANCIAL, LP Defendant. | Case No. 3:17-cv-1080-AJM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(Doc. No. 92) |

Pending before the Court is the parties' joint motion to dismiss Plaintiff ZOHAL ABDURAHMAN's individual claims with prejudice and the class claims *without* prejudice. Having read the moving papers, and good cause appearing, the court **GRANTS** the motion, and **DISMISSES WITH PREJUDICE** Plaintiff's individual claims and **DISMISSES WITHOUT PREJUDICE** the class claims. The court will retain jurisdiction to enforce the Settlement Agreement should there be a breach. Each party to bear their own respective attorney's fees, expenses and costs.

**IT IS SO ORDERED.**

Dated: 3/8/19

BY: *[signature]*
Anthony J. Battaglia
U.S. District Judge